# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                Case No.: 2:10−bk−27333−SSC

RACHAEL ANNE EARL                Chapter: 13
1311 S. CLAIBORNE AVENUE
GILBERT, AZ 85296
**SSAN:** xxx−xx−3449
**EIN:**

Debtor(s)

## ORDER DISMISSING CASE

- ☑ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.
- ☐ The individual debtors having failed to file a Credit Counseling Certificate as required by Interim Rule 1007.
- ☐ The debtor(s) having failed to pay the filing fee as ordered by the court.
- ☐ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.
- ☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.
- ☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).
- ☐ The individual debtors having failed to file a Statement of Current Monthly Income as required by Interim Rule 1007.
- ☐ The debtor(s) having failed to file a declaration regarding payment advices as required by Local Bankruptcy Rule 1007−1.
- ☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. Section 343.
- ☐ An Order to Show Cause why this case should not be dismissed having been issued.
- ☐ The trustee having moved to dismiss this case.
- ☐ The debtor(s) having moved to dismiss this case.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under Section110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 USC Section 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** September 7, 2010                                           BY THE COURT


**Address of the Bankruptcy Clerk's Office:**                        <u>HONORABLE Sarah Sharer Curley</u>
U.S. Bankruptcy Court, Arizona                                       United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: cornellb           Page 1 of 1           Date Rcvd: Sep 07, 2010
Case: 10-27333                Form ID: vanodc          Total Noticed: 3
```

The following entities were noticed by first class mail on Sep 09, 2010.
```
db         +RACHAEL ANNE EARL,    1311 S. CLAIBORNE AVENUE,    GILBERT, AZ 85296-7808
tr          RUSSELL BROWN,    CHAPTER 13 TRUSTEE,    SUITE 800,    3838 NORTH CENTRAL AVENUE,
             PHOENIX, AZ  85012-1965
```

The following entities were noticed by electronic transmission on Sep 07, 2010.
```
smg         EDI: AZDEPREV.COM Sep 07 2010 19:58:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ   85007-2650
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2010**                         **Signature:** _Joseph Speetjens_