Profit and Loss Statement

Earl Photography dba My Camera Loves You
1311 S. Claiborne Ave.
Gilbert, AZ  85296
480-695-4973

| July 2010 | August 2010 |
|---|---|
| Total Income    $1020 | Total Income    $ 650 |
| Expenses:<br><br>Website         $39<br><br>Gas             $100<br><br>Total Expenses $139 | Expenses:<br><br>Website              $39<br><br>Packaging         $77.77<br><br>Gas                  $45<br><br>Total Expenses $161.77 |
| Total Income    $1020<br>Total Expenses $139<br>(subtract)<br><br>Net Income       $881 | Total Income    $650<br>Total Expenses $161.77<br>(subtract)<br><br>Net Income       $488.23 |

| | | |
|---|---|---|
| Net Profits: | July 2010 | $881 |
| | August 2010 (+) | $488.23 |
| Total Net Profit | | $1369.23<br>/<br>2 (to reflect 2 months) |
| =Monthly Net Profit | | $684.62 |