```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```



Dated: October 12, 2010

_Sarah Sharer Curley_
SARAH S. CURLEY
U.S. Bankruptcy Judge

LAW OFFICES OF KEVIN JENSEN, PLLC
ATTORNEYS and COUNSELORS at LAW
3740 EAST SOUTHERN AVE.
SUITE 210
MESA, ARIZONA 85206
TELEPHONE (480) 632-7373
FACSIMILE (480) 632-8383

Kevin Jensen, State Bar No. 021524

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re: | Chapter 13 |
|---|---|
| RACHAEL EARL | NO: 2:10-bk-27333 |
| | **ORDER** |
| Debtor. | |

The Court having read Debtor's Motion to Reinstate Chapter 13 Bankruptcy, and good cause appearing:

IT IS ORDERED, reinstating Debtor Rachael Earl's Chapter 13 Bankruptcy as an active case.

DATED this _____ day of October, 2010.

By _____
The Honorable Sarah Sharer Curley
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: lewisd           Page 1 of 1            Date Rcvd: Oct 13, 2010
Case: 10-27333                Form ID: pdf002        Total Noticed: 15
```

The following entities were noticed by first class mail on Oct 15, 2010.
```
db           +RACHAEL ANNE EARL,    1311 S. CLAIBORNE AVENUE,    GILBERT, AZ 85296-7808
smg           AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ  85007-2650
cr          +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,    MIAMI, FL 33131-1605
9718176      +Chase,   PO Box 9001801,    Louisville KY 40290-1801
9718177       Chase Card ServicesPO Box 15298,    Wilmington DE 19850
9718178      +Chase Home Finance LLC,    PO Box 24696,    Columbus OH 43224-0696
9718179       Citibank,    1000 Technology Dr. MS 504A,    O Fallon MO 63368-2240
9718181      +T-Mobile,    PO Box 37380,    Albuquerque NM 87176-7380
9718182      +Tiffany & Bosco,    2525 E. Camelback Rd Suite 300,    Phoenix AZ 85016-9240
9718184      +Trustee Corps.,    2112 Business Center Dr.,    Second Floor,    Irvine CA 92612-7135
9718183      +Trustee Corps.,    2112 Business Center Dr. 2nd Floor,    Irvine CA 92612-7135
9718185     ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
              (address filed with court:  Wachovia,    1100 Corporate Center Dr.,    Raleigh NC 27607)
9718186      +Wells Fargo,    3476 Stateview Blvd.,    Fort Mill SC 29715-7200
```

The following entities were noticed by electronic transmission on Oct 14, 2010.
```
9718180       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 14 2010 02:30:55      Discover Card Services,
               PO Box 15156,    Wilmington DE 19850
9733949       E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2010 02:33:06
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            U.S. Bank National Association, as Trustee for GSA
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2010            Signature:    *Joseph Speetjens*