Darrel E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac LLC.

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | Case No. 2:10-bk-27333-SSC<br>Chapter 13<br><br>**LUND CADILLAC, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| LUND CADILLAC, LLC, an Arizona limited liability company,<br><br>Movant,<br><br>v.<br><br>RACHAEL ANNE EARL, Debtor;<br>RUSSELL BROWN, Chapter 13 Trustee,<br><br>Respondents. | |

Notice is hereby given that a motion for relief from the automatic stay has been filed in the above-captioned case by Movant Lund Cadillac, LLC ("Lund Cadillac"). The motion, a copy of which is served upon you with this notice, seeks relief from the automatic stay to permit Lund Cadillac to recover possession of a 2008 Cadillac Escalade, VIN 1GYFK63818R157790 (the "2008 Escalade"). Lund Cadillac asserts that the 2008 Escalade is not property of the bankruptcy estate and should be returned to

Lund Cadillac. If no objection is served on Lund Cadillac's counsel and filed with the court within fifteen days of service, the motion may be granted by the court without further notice. Lund Cadillac's counsel is:

  Ryan J. Lorenz, Esq.
  Clark Hill PLC
  14850 N. Scottsdale Road, Suite 500
  Scottsdale, AZ 85254

 DATED this 24th day of November, 2010.

           **CLARK HILL PLC**

           By:  /s/ Ryan J. Lorenz
             Darrell E. Davis
             Ryan J. Lorenz
             Attorneys for Lund Cadillac, LLC

**COPY** of the foregoing mailed
this 24th day of November, 2010, to:

Rachael Earl
1311 S. Claiborne Ave.
Gilbert, AZ 85296
Debtor

Kevin Jensen
3740 E. Southern Ave., Ste. 210
Mesa, AZ 85206
Attorney for Debtor

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, AZ 85012
Chapter 13 Trustee

United States Trustee
230 N. 1st Ave., Ste. 204
Phoenix, AZ 85003

All Creditors listed on the Mailing Matrix

  /s/ Pam Whitmore