**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: December 09, 2010**



IN THE UNITED STATES BANKRU~~Smrh/NavenCrley~~

SARAH S. CURLEY
U.S. Bankruptcy Judge

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RACHAEL EARL<br><br><br><br>Debtor. | Chapter 13<br>NO: 2:10-bk-27333<br><br>**ORDER** |

The Court having read Debtor's Motion for an Enlargement of Time to Respond to US Bank's Motion for Relief from Stay, and good cause appearing:

IT IS ORDERED, granting Debtor an additional twenty (20) days to respond.

DATED this _____ day of December, 2010.

By _____
    The Honorable Sarah Sharer Curley
    United States Bankruptcy Judge