**LAW OFFICES OF KEVIN JENSEN, PLLC**
ATTORNEYS and COUNSELORS at LAW
3740 EAST SOUTHERN AVE.
SUITE 210
MESA, ARIZONA 85206
TELEPHONE (480) 632-7373
FACSIMILE (480) 632-8383

Kevin Jensen, State Bar No. 021524

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In Re:<br><br>RACHAEL EARL<br><br>Debtor. | **Chapter 13**<br>**NO: 2:10-bk-27333**<br><br>**RESPONSE TO U.S. BANK'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY** |
|---|---|

Debtor, Rachael Earl, hereby responds to US Bank's Motion to Lift the Automatic Bankruptcy Stay and avers as follows:

Movant, US Bank as Trustee for GSAA 2007-9 by its Attorney in Fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. claims to be the owner of the real property commonly known as 1311 South Claiborne Avenue, Gilbert, Arizona.

Debtor has filed an Adversary Proceeding regarding this property, docketed as 2:10-ap-2243 on December 13, 2010. The Adversary proceeding brings into question Movant's standing to foreclose on Debtor's property, and also includes a Quiet Title action. Debtor has cause to believe that documents filed and recorded by Movant, are fraudulent, and actions taken by

Movant are unfounded, as Movant is not the real party in interest in this matter and had no standing to foreclose. Debtor sought Bankruptcy protection for this reason.

Debtor will also be filing a Request for Early Discovery in this matter. Federal Bankruptcy Rule 9014 makes certain that Adversary Proceeding discovery rules are applicable in contested matters. While this is a long contested matter, Debtor does not intend to drag this proceeding out, as Debtor believes that the Real Party in Interest in this case will be determined quickly, once Movant has produced the requested documents, which they have failed to do. Debtor attempted to obtain this information from Movant prior to foreclosure by mailing a Qualified Written Request ("QWR") to Movant in accordance with the key consumer protections under RESPA, of which there was no response or documents provided to Debtor, as required by law. Debtor details this attempt in her Adversary Proceeding.

For these reasons, Debtor respectfully requests this Honorable Court to continue the Automatic Stay through the duration of the Adversary Proceeding to determine who is the rightful owner of the property located at 1311 South Claiborne Avenue, Gilbert, Arizona.

DATED this 4th day of January, 2011.

**LAW OFFICES OF KEVIN JENSEN, PLLC**


By  /s/ Kevin Jensen
        Kevin Jensen
        Attorneys for Petitioners

ORIGINAL of the foregoing filed
this 4th day of January, 2011, with:

**U.S. BANKRUPTCY COURT
DISTRICT OF ARIZONA**
230 North First Avenue, Suite 101
Phoenix, Arizona 85003-1727

**TIFFANY AND BOSCO, P.A.**
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016


 /s/ Karen Gruninger