Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| RACHAEL A. EARL, | Case No. 2-10-BK-27333-SSC |
| | **TRUSTEE'S WITHDRAWAL OF LODGED ORDER OF DISMISSAL** |
| Debtor. | |

The Trustee hereby withdraws the lodged Order of Dismissal dated December 28, 2010. The debtor has brought plan payments current thus negating the Trustee's good cause for dismissal.

_____
Scott A. Lieske, Esq.   ABN 16250
Staff Attorney for Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:

Rachael A. Earl
1311 W. Claiborne Avenue
Gilbert, AZ 85296
Debtor

Kevin L. Jensen
Law Offices of Kevin Jensen PLLC
3740 E. Southern Avenue, Suite 210
Mesa, AZ 85206
Attorney for Debtor

_____
*sgrimes@ch13bk.com*