**IT IS HEREBY DENIED.**

Motion is DENIED. Movant failed to file Notice of
Motion pursuant to Local Rule 4001.



**Dated: January 06, 2011**

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ  85254
Telephone:    (480) 684-1100
Facsimile:    (480) 684-1199
E-Mail:        rlorenz@clarkhill.com

Attorneys for Lund Cadillac LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

In re:

RACHAEL ANNE EARL,

Debtor.

LUND CADILLAC, LLC, an Arizona
limited liability company,

Movant,

v.

RACHAEL ANNE EARL, Debtor;
RUSSELL BROWN, Chapter 13 Trustee,

Respondents.

Case No. 2:10-bk-27333-SSC
Chapter 13

**ORDER FOR RELIEF FROM
AUTOMATIC STAY**

This matter came before the court on the motion for relief from stay [doc. 29] filed by Movant Lund Cadillac LLC ("Lund Cadillac").  No objections or responses were filed.  Good cause appearing, the court finds and orders as follows:

A.    The automatic stay is hereby modified to permit Lund Cadillac to recover its vehicle, a 2008 Cadillac Escalade, VIN 1GYFK63818R157790 (the "2008 Escalade").  The court finds that the 2008 Escalade is of inconsequential value to the

estate as it is outside the scope of property of the estate under 11 U.S.C. § 521(a). The Court finds and declares that the 2008 Escalade is the property of Lund Cadillac, as of the date of demand for return of the same.

B.      The Debtor and counsel shall immediately surrender the 2008 Escalade at a place of Lund Cadillac's designation.

C.      The ten-day stay imposed by Rule 4001(a)(3), F.R.B.P., is hereby waived.

D.      This order modifying the automatic stay shall apply notwithstanding the conversion, dismissal or re-filing of a case by the Debtors. The contents of this order are exempt from the provisions of 11 U.S.C. § 524, the discharge injunction.

E.      This order is entered *in rem*. All persons with notice of the contents of this order shall be required to comply with its provisions.

Dated and Signed as stated above.



-2-