Darrel E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac LLC.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RACHAEL ANNE EARL,<br><br>Debtor.<br><br>LUND CADILLAC, LLC, an Arizona limited liability company,<br><br>Movant,<br><br>v.<br><br>RACHAEL ANNE EARL, Debtor; RUSSELL BROWN, Chapter 13 Trustee,<br><br>Respondents. | Case No. 2:10-bk-27333-SSC<br>Chapter 13<br><br>**NOTICE OF LUND CADILLAC, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |

Pursuant to Rule 4001-1(d), Bankr. D.Ariz. L.R., Notice is hereby given that a motion for relief from the automatic stay was filed in the above-captioned case by Movant Lund Cadillac, LLC ("Lund Cadillac"). The motion, a copy of which is served upon you with this notice, seeks relief from the automatic stay to permit Lund Cadillac to recover possession of a 2008 Cadillac Escalade, VIN 1GYFK63818R157790 (the "2008 Escalade"). Lund Cadillac asserts that the 2008 Escalade is not property of the

bankruptcy estate and should be returned to Lund Cadillac. Pursuant to Rule 4001-1(f), Bankr. D.Ariz. L.R., if no objection is served on Lund Cadillac's counsel and filed with the court within fourteen days of service, the motion may be granted by the court without further notice. Lund Cadillac's counsel is:

>Ryan J. Lorenz, Esq.
>Clark Hill PLC
>14850 N. Scottsdale Road, Suite 500
>Scottsdale, AZ  85254

DATED this 10th day of January, 2011.

**CLARK HILL PLC**

By: /s/ Ryan J. Lorenz
    Darrell E. Davis
    Ryan J. Lorenz
    Attorneys for Lund Cadillac, LLC

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed |
| 2 | this 10th day of January 2011, to: |
| 3 | Rachael Earl |
| 4 | 1311 S. Claiborne Ave. |
|   | Gilbert, AZ 85296 |
| 5 | Debtor |
| 6 | Kevin Jensen |
| 7 | 3740 E. Southern Ave., Ste. 210 |
|   | Mesa, AZ 85206 |
| 8 | Attorney for Debtor |
| 9 | Russell Brown |
| 10 | 3838 N. Central Ave., Suite 800 |
|   | Phoenix, AZ 85012 |
| 11 | Chapter 13 Trustee |
| 12 | |
|   | United States Trustee |
| 13 | 230 N. 1st Ave., Ste. 204 |
|   | Phoenix, AZ 85003 |
| 14 | |
| 15 | All Creditors listed on the Mailing Matrix |
| 16 | /s/ Pam Whitmore |