**IT IS HEREBY DENIED.**
Motion is DENIED. Movant failed to file Notice of Motion pursuant to Local Rule 4001.

Dated: January 06, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ  85254
Telephone:   (480) 684-1100
Facsimile:    (480) 684-1199
E-Mail:         rlorenz@clarkhill.com

Attorneys for Lund Cadillac LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:10-bk-27333-SSC |
| RACHAEL ANNE EARL, | Chapter 13 |
| Debtor. | **ORDER FOR RELIEF FROM AUTOMATIC STAY** |
| LUND CADILLAC, LLC, an Arizona limited liability company, | |
| Movant, | |
| v. | |
| RACHAEL ANNE EARL, Debtor; RUSSELL BROWN, Chapter 13 Trustee, | |
| Respondents. | |

This matter came before the court on the motion for relief from stay [doc. 29] filed by Movant Lund Cadillac LLC ("Lund Cadillac").  No objections or responses were filed.  Good cause appearing, the court finds and orders as follows:

A.    The automatic stay is hereby modified to permit Lund Cadillac to recover its vehicle, a 2008 Cadillac Escalade, VIN 1GYFK63818R157790 (the "2008 Escalade").  The court finds that the 2008 Escalade is of inconsequential value to the

1  estate as it is outside the scope of property of the estate under 11 U.S.C. § 521(a). The
2  Court finds and declares that the 2008 Escalade is the property of Lund Cadillac, as of
3  the date of demand for return of the same.

   B. The Debtor and counsel shall immediately surrender the 2008 Escalade at a place of Lund Cadillac's designation.

   C. The ten-day stay imposed by Rule 4001(a)(3), F.R.B.P., is hereby waived.

   D. This order modifying the automatic stay shall apply notwithstanding the conversion, dismissal or re-filing of a case by the Debtors. The contents of this order are exempt from the provisions of 11 U.S.C. § 524, the discharge injunction.

   E. This order is entered *in rem*. All persons with notice of the contents of this order shall be required to comply with its provisions.

   Dated and Signed as stated above.



-2-

6846238.1 31871/133876

# CERTIFICATE OF NOTICE

```
District/off: 0970-2            User: mcelroyc              Page 1 of 1                 Date Rcvd: Jan 10, 2011
Case: 10-27333                  Form ID: pdf004             Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 12, 2011.
```
db              +RACHAEL ANNE EARL,    1311 S. CLAIBORNE AVENUE,    GILBERT, AZ 85296-7808
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                                    **Signature:** _Joseph Speetjens_