Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | Case No. 2:10-bk-27333-SSC<br>Chapter 13<br><br>**LUND CADILLAC, LLC'S MOTION FOR RECONSIDERATION RE: MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| LUND CADILLAC, LLC, an Arizona limited liability company,<br><br>Movant,<br><br>v.<br><br>RACHAEL ANNE EARL, Debtor; RUSSELL BROWN, Chapter 13 Trustee,<br><br>Respondents. | |

Lund Cadillac, LLC ("Lund Cadillac"), through counsel, hereby moves the court for reconsideration of the court's order denying [doc. 48] Lund Cadillac's motion for relief from the automatic stay [doc. 29]. The motion for stay relief, filed November 24, 2010, was served as required by Rule 4001(a), F.R.B.P., and 4001-1, D.Ariz. L.R. [doc. 30]. Shortly after filing the motion for stay relief [doc. 29] and the notice [doc. 30], the

clerk issued a notice of errors stating that the notice was mis-styled as the motion for relief from stay and that the fifteen-day time for objections should have been fourteen days [doc. 31].

On January 10, 2011, Lund Cadillac filed a new notice of motion [Doc. 49]. Once the time for objections runs on January 27, 2011, the Debtor, the trustee, and other parties to whom notice has been furnished will have had two opportunities to object and more than two months since the motion was originally filed. Though the original notice of motion has technical defects, the substantive relief was not the subject of any objections. Lund Cadillac requests that the court reconsider its order denying Lund Cadillac's motion for stay relief and grant the motion.

DATED this 27 day of January, 2011.

**CLARK HILL PLC**

By: /s/ Ryan J. Lorenz
Darrell Davis
Ryan J. Lorenz
Attorneys for Lund Cadillac, LLC

**COPY** of the foregoing mailed
this 27th day of January, 2011, to:

Rachael Earl
1311 S. Claiborne Avenue
Gilbert, AZ 85296
*Debtor*

Kevin Jensen
3740 E. Southern Avenue, Suite. 210
Mesa, AZ 85206
*Attorney for Debtor*

Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012
*Chapter 13 Trustee*

United States Trustee
230 N. 1st Avenue, Suite. 204
Phoenix, AZ 85003

/s/ Pam Whitmore