Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | Case No. 2:10-bk-27333-SSC<br>Chapter 13<br><br>**AFFIDAVIT OF MAILING** |
| LUND CADILLAC, LLC, an Arizona limited liability company,<br><br>Movant,<br><br>v.<br><br>RACHAEL ANNE EARL, Debtor;<br>RUSSELL BROWN, Chapter 13 Trustee,<br><br>Respondents. | |

STATE OF ARIZONA )
                 ) ss.
County of Maricopa )

Pamela Whitmore, being first duly sworn upon her oath, deposes and states:

1. That she is, and at all times mentioned herein was, a citizen of the United States of America, over the age of nineteen, and a resident of Maricopa County, State of Arizona.

2. That she is not a party in the above-entitled proceeding.

3. The undersigned hereby certifies that on the 28th day of February, 2011, true and correct copies of the Order Setting Preliminary Hearing on Motion For Relief from the Automatic Stay and Establishing Procedures for Presentation of Evidence at Final Hearing [doc. 60] were mailed, first class U.S. Mail, postage pre-paid to the Debtor, Debtors' counsel, the U.S. Trustee, and the U.S. Trustee's office.

FURTHER AFFIANT SAYETH NOT

/s/ Pamela Whitmore

SUBSCRIBED AND SWORN to before me this 28th day of February, 2011, by Pamela Whitmore.

/s/ Andrea M. Saldivar
Notary Public

[SEAL]