# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | RACHAEL ANNE EARL |
| **Case Number:** | 2:10-bk-27333-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 09, 2011 01:30 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK NATIONAL

**R / M #:**  9 / 0

## Appearances:

NONE

## Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on September 8, 2010, by U.S. Bank National Association ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

    **x**  The Movant failed to provide a Declaration in support of its Motion.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on March 9, 2011 at 1:30 p.m.

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.