Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Case No. 2:10-bk-27333-SSC |
|---|---|
| RACHAEL ANNE EARL, | Chapter 13 |
| Debtor. | **APPLICATION FOR RULE 2004 EXAMINATION** |

Lund Cadillac, LLC ("Lund Cadillac"), through counsel, hereby applies to the court for an order permitting Lund Cadillac to conduct a Rule 2004, F.R.B.P., examination of Rachael Earl and, her spouse, Dan Earl. Lund Cadillac recently established that the automatic stay did not apply to its 2008 Escalade, VIN 1GYFK63818R157790 ("2008 Escalade"). Lund Cadillac seeks information from the Debtor and her spouse, Dan Earl, as to the 2008 Escalade's whereabouts, condition, mileage, insurance, and other information to advance Lund Cadillac's right to recovery and possession of the same. Accordingly, Lund Cadillac requests issuance of an order permitting the Rule 2004, F.R.B.P., examination of the Debtor and her spouse.

1     DATED this 21st day of March, 2011.

2                                       **CLARK HILL PLC**

3

4                           By:  /s/ Ryan J. Lorenz

5                               Darrell Davis
                               Ryan J. Lorenz

6                               Attorneys for Lund Cadillac, LLC

7  **COPY** of the foregoing mailed
8  this 21st day of March, 2011, to:

9  Kevin Jensen
10 3740 E. Southern Avenue, Suite 210
    Mesa, AZ 85206
11 *Attorney for Debtor*

12 Russell Brown
13 3838 N. Central Avenue, Suite 800
    Phoenix, AZ 85012
14 *Chapter 13 Trustee*

15
    United States Trustee
16 230 N. 1st Avenue, Suite 204
    Phoenix, AZ 85003
17

18
       /s/ Pam Whitmore
19

20

21

22

23

24

25

26

27

28

-2-

6960814.1 31871/133876
Case 2:10-bk-27333-SSC   Doc 75   Filed 03/21/11   Entered 03/21/11 15:59:32   Desc
Main Document     Page 2 of 2