Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RACHAEL ANNE EARL,<br><br>Debtor. | Case No. 2:10-bk-27333-SSC<br>Chapter 13<br><br>**LUND CADILLAC, LLC'S SUPPLEMENTAL RESPONSE TO DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF AUTOMATIC STAY** |

Lund Cadillac, LLC ("Lund Cadillac"), hereby submits a supplement to its response [doc. 67] to the Debtor's motion for sanctions for violation of automatic stay [doc. 57]. At the preliminary hearing [doc. 74] on Lund Cadillac's motion for stay relief [doc. 29], the court held that Lund Cadillac was the owner of a 2008 Cadillac Escalade, VIN 1GYFK63818R157790 ("2008 Escalade"). The court specifically held that the 2008 Escalade was not property of the estate. 11 U.S.C. § 541 [doc. 77].

This holding obviates the proceedings for violation of the automatic stay. The order entered on Lund Cadillac's stay-lift motion [doc. 77] specifically clarifies that the automatic stay did not apply to the 2008 Escalade, because it was never property of the estate.

The Debtor's motion is focused on Lund Cadillac's efforts to locate its property. The Court's order clarifying the automatic stay renders the motion for violation of the automatic stay a moot point. The Court could not make the conflicting findings that the 2008 Escalade was not property of the estate and, on the other hand, that pursuit of recovery of such property violated the automatic stay. Under no set of facts subject to proof on the Debtor's motion could Lund Cadillac be held to have violated the automatic stay.

Lund Cadillac respectfully requests that the court deny the Debtor's motion as moot.

DATED this 26 day of March, 2011.

**CLARK HILL PLC**

By: /s/ Ryan J. Lorenz
    Darrell Davis
    Ryan J. Lorenz
    Attorneys for Lund Cadillac, LLC

**COPY** of the foregoing mailed this 26 day of March, 2011, to:

Kevin Jensen
3740 E. Southern Avenue, Suite 210
Mesa, AZ 85206
*Attorney for Debtor*

Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012
*Chapter 13 Trustee*

United States Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

  /s/ Ryan Lorenz

6960791.1 31871/133876