IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: April 04, 2011



*Sarah Curley*
SARAH S. CURLEY
U.S. Bankruptcy Judge

---

Darrell E. Davis, #011442
Ryan J. Lorenz, #019878
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1199
E-Mail: rlorenz@clarkhill.com

Attorneys for Lund Cadillac LLC

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Case No. 2:10-bk-27333-SSC |
|---|---|
| RACHAEL ANNE EARL, | Chapter 13 |
| Debtor. | **ORDER FOR RULE 2004, F.R.B.P., EXAMINATIONS** |

This matter came before the court on the application for Rule 2004, F.R.B.P., examinations of the Debtor and her spouse, Dan Earl, filed by Lund Cadillac, LLC ("Lund Cadillac"). Good cause appearing

IT IS ORDERED as follows:

A. Authorizing Lund Cadillac to conduct examinations pursuant to Rule 2004, F.R.B.P., of the Debtor and Dan Earl.

B. The date and time of the proceedings of the Rule 2004, F.R.B.P., examinations shall be at a date and time not less than five business days nor more than thirty days after furnishing written notice of the examinations at a place designated by Lund Cadillac's counsel, subject to reasonable modification based upon availability.

C. Notice of the examinations shall be delivered to Debtor's counsel. The

1  ~~Debtor and Debtor's counsel are directed to furnish notice to the Debtor's spouse, Dan~~

2  ~~Earl, for his attendance.~~

3  ~~DATED and SIGNED as stated above.~~

5  D. Movant's counsel is directed to review Rule 2004 to determine how to provide notice to a non-debtor witness.

6960897.1 31871/133876