**The Law Offices of Kevin Jensen**
Kevin Jensen
kevin@jensenlawaz.com
3740 E. Southern Ave., Ste 210
Mesa, Arizona 85206
Telephone: (480) 632-7373
Fax: (480) 632-8383

Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| RACHAEL EARL, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTREE FOR GSAA 2007-9 BY ITS ATTORNEY IN FACT WELLS FARGO BANK N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.<br><br>DOES 1-10,000<br><br>Defendants. | **CASE NO**. 2:10-ap-2243-SSC<br><br>**AP NO:** 2:10-ap-02243-SSC<br><br>**CHAPTER 13**<br><br>**PLAINTIFF'S MOTION FOR REHEARING** |

Plaintiff, Rachael Earl, hereby requests this honorable Court for a rehearing on Defendants' Motion to Dismiss Plaintiff's Adversary Proceeding. Plaintiff was scheduled for three hearings before the Court on March 9, 2011. The Court vacated one of the hearings on that date, and due to a clerical error, Plaintiff's counsel's office vacated the wrong hearing from the Calendar, causing Plaintiff and her Counsel to miss the hearing. Plaintiff and Counsel appeared for both of the other scheduled hearings, which were later in the day.

WHEREFORE, Plaintiff respectfully requests the Court to grant Plaintiff the ability to orally argue her case in a rehearing, or in the alternative, to allow Plaintiff to file a written response to Defendant's reply and oral argument. Plaintiff also respectfully requests the Court to deny Defendants' Motion to Dismiss, or in the alternative, to dismiss without prejudice and allow Plaintiff the ability to amend her complaint.

DATED: April 26, 2011

                              Law Offices of Kevin Jensen

                              By:    /s/ Kevin Jensen
                                       Kevin Jensen
                                       Attorney for Plaintiff

**ORIGINAL** of the foregoing filed
This 26th day of April, 2011, with:

**U.S. BANKRUPTCY COURT
DISTRICT OF ARIZONA**
230 North First Ave., Suite 101
Phoenix, Arizona 85003-1727

**COPY** of the foregoing mailed/faxed
This 26th day of April, 2011 to:

Andrew Hardenbrook
Snell & Wilmer, LLP
400 E. Van Buren, #1900
Phoenix, Arizona 85004-2202
*Attorneys for Defendants*

Russell Brown
3838 N. Central Ave., Suite 800
Phoenix, Arizona 85012
*Chapter 13 Trustee*

/s/ Lisa Orr