**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01475

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rachael Anne Earl<br><br>        Debtor.<br>_____<br>U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc.<br><br>        Movant,<br>vs.<br><br>Rachael Anne Earl, Debtors; Edward J. Maney, Trustee.<br><br>        Respondents.<br>_____ | Bk Case No.: 2:10-bk-27333-SSC<br><br>Chapter 13<br><br>MOVANT'S DECLARATION<br><br>(Related to Docket # 19) |

*Teresa Diaz-Cochran*

COMES NOW _____, of lawful age, being duly sworn upon oath and deposes and says the following:

1. I make this Declaration of my own personal knowledge regarding matters to which I would be competent to testify under oath.

2. I am employed by Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. as _____Teresa Diaz-Cochran_____ and am authorized to make this affidavit on behalf of Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc..

3. I am familiar with the business records of Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., the loan and sale history records of loan number xxxxxx7428, and the facts upon which a Motion for Relief from the Automatic Stay was filed on behalf of U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc. in the present bankruptcy case.

4. Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., is the holder or servicer of a Note dated April 12, 2007 in the amount of $500,000.00. The Note is secured by a Deed of Trust recorded in against certain real property commonly known as 1311 South Claiborne Avenue, Gilbert, AZ 85296, and legally described as:

> Lot 196, AGRITOPIA, PHASE 2A, according to Book 691 of Maps, Page 4, and Affidavit of Correction recorded as 2004-1145385, records of Maricopa County, Arizona.

5. The business records of Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., are created, prepared, and maintained by its employees or agents in the performance of their regular business duties at or near the time, the act, conditions, or events are recorded thereon. The records are made either by persons with knowledge of the matters they

record, or from information obtained by persons with such knowledge. It is the business practice of Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., to maintain those records in the regular course of business.

6. Wells Fargo Bank, NA as servicer for U.S. Bank National Association, as Trustee for GSAA 2007-9 by its Attorney in fact Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage Inc., maintains a contractual right to collect payments and maintain legal actions for the beneficial note holder either as the current note holder or pursuant to either a Master Servicing Agreement or Power of Attorney.

7. The property was sold at Trustee sale on January 14, 2010 and reverted back to BankUnited, FSB for the amount of $315,000.00.

8. The Trustee Deed Upon Sale was recorded on January 15, 2010 at recorder number 20100035162, Maricopa County Recorder.

Further Declarant sayeth naught.

BY: _____
Teresa Diaz-Cochran

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on May 5, 2011.

_____
Notary Public

JOSHUA M. PLUMMER
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 8-12-2020

Copy of the foregoing mailed May 5, 2011, to:

Rachael Anne Earl
1311 S. Claiborne Ave.
Gilbert, AZ 85296
Debtor

| | |
|---|---|
| 1 | Edward J. Maney<br>P.O. Box 10434<br>Phoenix, AZ 85064-0434<br>Trustee |
| 2 | |
| 3 | |
| 4 | By: /s/ Heidi S. Nelson |