KYLE J. SHELTON (AZ Bar #027379)
RACHEL A. DAPENA (AZ Bar #027013)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
rdapena@piteduncan.com

Attorneys for WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>RACHAEL ANNE EARL,<br><br><br>Debtor(s). | Case No. 2:10-BK-27333-SSC<br><br>Chapter 13<br><br><br>NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE |

Notice is hereby given that the Debtor's Monthly Post-Petition payment to Wachovia Bank, NA will change, as set forth more fully in the letter dated April 15, 2011, which is attached hereto as exhibit A and incorporated herein by this reference.

PITE DUNCAN, LLP


/s/ RACHEL A. DAPENA
Attorney for Wells Fargo Bank, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., and formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB

1

Rachael A Earl
1311 S Claiborne Ave
Gilbert, AZ 85296-7808

April 15, 2011

Re: Your Wachovia Loan# ▉▉▉▉▉▉
Property Address:
881 N SUNNYVALE AVE
GILBERT AZ 85234-2159

Happy Anniversary! Thank You again for choosing a Wachovia Adjustable Rate Mortgage to finance your home in May 2005. As you know, your loan has a minimum bi-weekly payment (referred to as the 'Minimum Amount Due' on your loan billing statement, excluding additional payments you may be making to tax and insurance escrow accounts) which changes only once a year on your Anniversary date. Through this letter, we are notifying you that your **new minimum bi-weekly payment will be $492.65 as of June 13, 2011** and remain at that level for twelve months. In this letter we also remind you that your interest rate, unlike your minimum bi-weekly payment, may change bi-weekly. We provide you with the bi-weekly interest rate changes that affected your loan over the last year in the table below.

**Your minimum bi-weekly payment will change for the next year.**
We calculated your new minimum bi-weekly payment as required by your loan agreement. We used the current interest rate, the projected loan balance on your upcoming Anniversary date and the remaining years left on your loan:

| | |
|---|---|
| New minimum bi-weekly payment (w/o escrow payments): | $492.65 |
| Projected Loan Balance (as of 06/13/2011*): | $206,471.04 |
| Your COSI Index (as of 04/15/2011): | 2.230% |
| Current Interest Rate: | 5.570% |
| Previous minimum payment amount (w/o escrow payments): | $396.57 |
| Index at Prior Adjustment: | 2.250% |
| Interest Rate at Prior Adjustment: | 5.590% |

(The back of this letter contains definitions of the terms used in this table.)

After calculating the new minimum bi-weekly payment, we checked to see if the change in your payment amount triggered your loan's Payment Change Limit.

**Your Payment Change Limit ("Payment Cap") will limit the increase in your payment.**
You'll be happy to know that your 7.50% annual payment cap protected you by limiting your new minimum bi-weekly payment to $492.65. Without the cap, the fully amortized bi-weekly payment would have been $681.73.

**Your payment changes annually, but your interest can change bi-weekly.**
Unlike your minimum bi-weekly payment, your loan's interest rate may have varied bi-weekly as your loan's index changed. Here are the interest rates and indexes that we used to determine your interest rate since your last payment change.

| Payment Effective Date** | Bi-weekly Interest Rate | Bi-weekly Index | Payment Effective Date** | Bi-weekly Interest Rate | Bi-weekly Index |
|---|---|---|---|---|---|
| 04/18/11 | 5.560 | 2.220 | 10/18/10 | 5.560 | 2.220 |
| 04/04/11 | 5.560 | 2.220 | 10/04/10 | 5.560 | 2.220 |
| 03/21/11 | 5.550 | 2.210 | 09/20/10 | 5.570 | 2.230 |
| 03/07/11 | 5.550 | 2.210 | 09/06/10 | 5.570 | 2.230 |
| 02/21/11 | 5.560 | 2.220 | 08/23/10 | 5.580 | 2.240 |
| 02/07/11 | 5.560 | 2.220 | 08/09/10 | 5.580 | 2.240 |
| 01/24/11 | 5.540 | 2.200 | 07/26/10 | 5.580 | 2.240 |
| 01/10/11 | 5.540 | 2.200 | 07/12/10 | 5.580 | 2.240 |
| 12/27/10 | 5.530 | 2.190 | 06/28/10 | 5.580 | 2.240 |
| 12/13/10 | 5.530 | 2.190 | 06/14/10 | 5.590 | 2.250 |
| 11/29/10 | 5.530 | 2.190 | 05/31/10 | 5.590 | 2.250 |
| 11/15/10 | 5.540 | 2.200 | 05/17/10 | 5.590 | 2.250 |
| 11/01/10 | 5.540 | 2.200 | 05/03/10 | 5.590 | 2.250 |

* This will be your balance if you make all minimum payments between now and then.

** "Payment Effective Date" means the date that a change in your index actually affected your interest rate, which can be up to one month after the index changed.

Please see over for definitions and other information. If you have questions about anything in this letter, refer to the enclosed brochure or call our VIP Customer Group at **800-909-1825.**

ARWSL 001 WSL

EXHIBIT A

| | |
|---|---|
| 1 | BRIAN A. PAINO (BN 027091)<br>RACHEL A. DAPENA (BN 027013) |
| 2 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 4 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 5 | rdapena@piteduncan.com |
| 6 | Attorneys for WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA |
| 7 | MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-27333-SSC |
| RACHAEL ANNE EARL, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE BY MAIL |

I, Jen Van Brunt, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On <u>May 10, 2011</u>, I served the NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>May 10, 2011</u>, at San Diego, California.

JVB 6695<br>
JEN VAN BRUNT

**SERVICE LIST**

**DEBTOR(S)**

Rachael Anne Earl
1311 S. Claiborne Avenue
Gilbert, AZ 85296


**DEBTOR(S) ATTORNEY**

Kevin D Jensen
LAW OFFICES OF KEVIN JENSEN PLLC
3740 E SOUTHERN
AVENUE SUITE 210
MESA, AZ 85206

**CHAPTER 13 TRUSTEE**

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012-1965

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
230 North First Avenue Suite 204
Phoenix, AZ 85003

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

**OTHER LIENHOLDER(S)**


**BORROWER(S)**

Rachael Earl